1:18-cv-1022 (DNH/CFH)

# Exhibit A

```
CAMBRIDGE VALLEY MACHINING                                        Quote Q61280
28 Perry Lane
P.O.Box 160                                                       Date
Cambridge, NY 12816                                               10/18/2016
Phone (518)677-5617
```

Page: 1

Bill To:                                    Ship To:
HUDSON MFG, LLC                             HUDSON MFG, LLC
302 DEEPWOOD DRIVE                          302 DEEPWOOD DRIVE
GEORGETOWN TX    78628                      GEORGETOWN TX    78628

| Purchase Order No. | Customer ID | Shipping Method | Payment Terms | Delivery | Master No. |
|---|---|---|---|---|---|
| RFQ2016-546 | HUDS001 | BEST WAY | 1% 10/Net 30 | SEE LINE ITEMS | 92,430 |

| Quantity | Item Number | Description | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 500 | H9-200-0001 | GRIP REV C | Each | $147.950 | $73,975.00 |
| 1,000 | H9-200-0001 | GRIP REV C | Each | $144.210 | $144,210.00 |
| 2,500 | H9-200-0001 | GRIP REV C | Each | $141.960 | $354,900.00 |
| 1 | NRE | FIXTURES, PROGRAMMING, AND ENGINEERING FIXTURES + TOOLING FOR 2 HMCs - EST YIELD 850 PCS/ MTH. $58,000 TO TOOL EA ADDITIONAL SET OF HMCs (~850 PCS/MTH). DOES NOT INCLUDE FORGING TOOLING. FAI SAMPLES 17 WEEKS ARO. | Each | $93,250.000 | $93,250.00 |
| 500 | H9-200-0002 | FRAME INSERT REV J | Each | $80.080 | $40,040.00 |
| 1,000 | H9-200-0002 | FRAME INSERT REV J | Each | $76.370 | $76,370.00 |
| 2,500 | H9-200-0002 | FRAME INSERT REV J | Each | $74.140 | $185,350.00 |
| 1 | NRE | FIXTURES, PROGRAMMING, AND ENGINEERING FAI SAMPLES 17 WEEKS ARO. | Each | $21,750.000 | $21,750.00 |
| 500 | H9-200-0003 | SLIDE REV K | Each | $127.100 | $63,550.00 |
| 1,000 | H9-200-0003 | SLIDE REV K | Each | $123.360 | $123,360.00 |
| 2,500 | H9-200-0003 | SLIDE REV K | Each | $121.110 | $302,775.00 |
| 1 | NRE | FIXTURES, PROGRAMMING, AND ENGINEERING FIXTURES AND TOOLING FOR 2 HMCs - EST YIELD 1000 PCS/MTH. $37,500 TO TOOL EACH ADDITIONAL SET OF | Each | $48,000.000 | $48,000.00 |

```
CAMBRIDGE VALLEY MACHINING                                        Quote Q61280
28 Perry Lane
P.O.Box 160                                                           Date
Cambridge, NY 12816                                                10/18/2016
Phone (518)677-5617
```

Page: 2

```
Bill To:                                       Ship To:
HUDSON MFG, LLC                                HUDSON MFG, LLC
302 DEEPWOOD DRIVE                             302 DEEPWOOD DRIVE
GEORGETOWN TX    78628                         GEORGETOWN TX    78628
```

| Purchase Order No. | Customer ID | Shipping Method | Payment Terms | Delivery | Master No. |
|---|---|---|---|---|---|
| RFQ2016-546 | HUDS001 | BEST WAY | 1% 10/Net 30 | SEE LINE ITEMS | 92,430 |

| Quantity | Item Number | Description | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|
|  |  | HMCs (~1000 PCS/MTH).  DOES NOT INCLUDE FORGING TOOLING.  FA SAMPLES 17 WEEKS ARO. |  |  |  |
| 500 | H9-200-0021 | RECOIL SPRING GUIDE REV B | Each | $8.990 | $4,495.00 |
| 1,000 | H9-200-0021 | RECOIL SPRING GUIDE REV B | Each | $6.540 | $6,540.00 |
| 2,500 | H9-200-0021 | RECOIL SPRING GUIDE REV B FAI SAMPLES 10 WEEKS ARO | Each | $5.230 | $13,075.00 |

```
ALL QUANTITIES QUOTED ARE MONTHLY.   TERMS FOR    CVM Terms & Conditions(D106)Apply    Subtotal        $1,551,640.00
NRE - 1/3 WITH PO, 1/3 WITH SAMPLE PARTS          http://www.cvmusa.com/terms/d106.pdf Misc                    $0.00
, 1/3 WITH PRODUCTION APPROVAL.  CREDIT TERMS                                          Tax                     $0.00
SUBJECT TO APPROVAL.                                                                   Freight                 $0.00
                                                                                       Trade Discount          $0.00
                                                  DWM/ISSUE03/CONTROLLED/MARCH10/D028  Total           $1,551,640.00
```