# Exhibit C

# HUDSON MFG LLC

# Purchase Order

**2016516**

302 Deepwood Dr.
Georgetown, TX, 78628
512-630-9008

| CVM | |
|---|---|
| 28 Perry Lane | |
| Cambridge, NY 12816 | |
| EMAIL: | jmoore@cvmusa.com |
| PHONE: | |
| ATTN: | Jim Moore |

| | |
|---|---|
| ORDER DATE: | 11/4/2016 |
| Payment Terms: | 1% 10/Net 30 |
| Delivery Terms: | FOB: Origin |
| Required Delivery: | Per schedule in notes. |
| Ship VIA: | TBD |

**Ship To:**
HUDSON MFG LLC
10986 NW HK Dodgen Loop
Temple, TX, 76504
PHONE: 517-610-1060
ATTN: Barbara Stockford

**Invoice To:**
HUDSON MFG LLC
302 Deepwood Dr.
Georgetown, TX, 78628
PHONE: 512-630-9008
ATTN: Lauren Hudson

| ITEM | QUANTITY | PART No. | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|---|
| Grip | 10,000 | H9-200-0001 | Rev. C | $120.00 | $ 1,200,000.00 |
| Barrel, 9 mm. | 10,000 | H9-200-0004 | Rev. F | $33.00 | $ 330,000.00 |
| Striker | 10,000 | H9-200-0055 | Rev. C | $15.75 | $ 157,500.00 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | SUBTOTAL | $ 1,687,500.00 |
| | | | | SALES TAX % | |
| | | | | TOTAL | $ 1,687,500.00 |

## PURCHASE ORDER COMMENTS

Parts to be released in 2,500 piece monthly quantities starting 2/1/2017.

THIS PURCHASE ORDER IS VALID ONLY WITH AN APPROVED HUDSON MFG LLC AUTHORIZED SIGNATURE

Prepared by:   Lauren Hudson

11/8/2016
Date

Approved by:

Date

http://www.hudsonmfg.com/Terms