# Exhibit D

Sales Order Acknowledgement

CAMBRIDGE VALLEY MACHINING  
28 Perry Lane  
P.O.Box 160  
Cambridge , NY   12816

Order  S33356

Date  
12/6/2016

Page: 1

Bill To:  
HUDSON MFG, LLC  
LAUREN HUDSON  
1098 NW HK DODGEN LOOP  
TEMPLE TX    76504

USA

Ship To:  
HUDSON MFG, LLC  
LAUREN HUDSON  
1098 NW HK DODGEN LOOP  
TEMPLE TX    76504

USA

DEC 09 2016
MASTER FILE COPY

| Purchase Order No. | Customer ID | Shipping Method | Payment Terms | Master No. |
|---|---|---|---|---|
| 2016516 | HUDSO01 | BEST WAY | 1% 30 | 92,750 |

| Ordered | Shipped | B/O | Item Number / Description | UOM | Unit Price | Ext. Price | Promise Date |
|---|---|---|---|---|---|---|---|
| 10,000 | 0 | 10,000 | H9-200-001<br>GRIP REV C<br>TO BE RELEASED IN 2,500 MONTHLY QUANTITIES<br>STARTING 2/1/2017 | Each | 120.0000 | $1,200,000.00 | 12/29/2017 |

CVM Terms & Conditions Apply  
http://www.cvmusa.com/terms/d106.pdf

| | |
|---|---|
| Subtotal | $1,200,000.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $1,200,000.00 |

DWM/ISSUE04/CONTROLLED/MARCH10/D030

Sales Order Acknowledgement

CAMBRIDGE VALLEY MACHINING  
28 Perry Lane  
P.O.Box 160  
Cambridge , NY   12816

Order  S33358

Date  
12/7/2016

Page: 1

Bill To:  
HUDSON MFG, LLC  
LAUREN HUDSON  
1098 NW HK DODGEN LOOP  
TEMPLE TX   76504

USA

Ship To:  
HUDSON MFG, LLC  
LAUREN HUDSON  
1098 NW HK DODGEN LOOP  
TEMPLE TX   76504

USA

MASTER FILE COPY

| Purchase Order No. | Customer ID | Shipping Method | Payment Terms | Master No. |
|---|---|---|---|---|
| 2016516 | HUDS001 | BEST WAY | 1% 30 | 92,752 |

| Ordered | Shipped | B/O | Item Number / Description | UOM | Unit Price | Ext. Price | Promise Date |
|---|---|---|---|---|---|---|---|
| 10,000 | 0 | 10,000 | H9-200-004<br>BARREL, 9MM REV F<br>TO BE RELEASED IN 2,500 MONTHLY QUANTITIES<br>STARTING 2/1/17 | Each | 33.0000 | $330,000.00 | 12/29/2017 |

CVM Terms & Conditions Apply  
http://www.cvmusa.com/terms/d106.pdf

| | |
|---|---|
| Subtotal | $330,000.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $330,000.00 |

DWM/ISSUE04/CONTROLLED/MARCH10/D030

Sales Order Acknowledgement

CAMBRIDGE VALLEY MACHINING
28 Perry Lane
P.O. Box 160
Cambridge, NY  12816

Order  S33364

Date
12/13/2016

Page: 1  MASTER FILE COPY

Bill To:
HUDSON MFG, LLC
LAUREN HUDSON
1098 NW HK DODGEN LOOP
TEMPLE TX   76504

USA

Ship To:
HUDSON MFG, LLC
LAUREN HUDSON
1098 NW HK DODGEN LOOP
TEMPLE TX   76504

USA

| Purchase Order No. | Customer ID | Shipping Method | Payment Terms | Master No. |
|---|---|---|---|---|
| 2016516 | HUDSO01 | BEST WAY | 1% 30 | 92,764 |

| Ordered | Shipped | B/O | Item Number / Description | UOM | Unit Price | Ext. Price | Promise Date |
|---|---|---|---|---|---|---|---|
| 10,000 | 0 | 10,000 | H9-200-0055<br>STRIKER REV C<br>TO BE RELEASED IN 2,500 MONTHLY QUANTITIES<br>STARTING 2/1/17 | Each | 15.7500 | $157,500.00 | 12/29/2017 |

CVM Terms & Conditions Apply
http://www.cvmusa.com/terms/d106.pdf

| | |
|---|---|
| Subtotal | $157,500.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $157,500.00 |

DWM/ISSUE04/CONTROLLED/MARCH10/D030