1:18-cv-1022 (DNH/CFH)

# Exhibit E

**CAMBRIDGE VALLEY MACHINING**
28 Perry Lane
P.O.Box 160
Cambridge NY   12816
Phone (518) 677-5617

| Invoice | IN67187 |
|---|---|
| Date | 12/4/2017 |
| Page | 1 |

*533356P*

**Bill To:**

HUDSON MFG, LLC
302 DEEPWOOD DRIVE
GEORGETOWN TX   78628

**Ship To:**

H&M BLACK NITRIDE
1414 KENMORE BOULEVARD
AKRON OH   44314

| Purchase Order No. | Customer ID | Shipping Method | Payment Terms | Master No. | | |
|---|---|---|---|---|---|---|
| 17527 | HUDSO01 | UPS GROUND TP | 1% 10/Net 30 | 92,750 | | |
| Ordered | Shipped | B/O | Item Number | Description | Unit Price | Ext. Price |
| 9,985 | 80 | 9,055 | H9-200-0001 | GRIP, WITHOUT NITRIDE REV - P | $129.0000 | $10,320.00 |

| | |
|---|---|
| Subtotal | $10,320.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Total | $10,320.00 |