UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CAMBRIDGE VALLEY MACHINING, INC.,

                    Plaintiff,

    -v-                                       1:18-CV-1022
                                            (DNH/CFH)

HUDSON MFG LLC; BILLIE HUDSON III; and
LAUREN HUDSON,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

BOIES, SCHILLER & FLEXNER LLP          ADAM R. SHAW, ESQ.
Attorneys for Plaintiff                            JOHN F. DEW, ESQ.
30 South Pearl Street, 11th Floor
Albany, NY 12207

SMITH, SOVIK, KENDRICK & SUGNET, P.C.   KAREN G. FELTER, ESQ.
Attorneys for Defendants
250 South Clinton Street, Suite 600
Syracuse, NY 13202


DAVID N. HURD
United States District Judge

## **ORDER**

     Plaintiff Cambridge Valley Machining Inc. brought suit against defendants Hudson MFG LLC, Billie Hudson III, and Lauren Hudson alleging breach of contract and other claims under the Uniform Commercial Code.

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on November 8, 2018, in Utica, New York, it is hereby

ORDERED that

1. Plaintiff's request for a temporary restraining order is DENIED; and

2. The parties shall appear for oral argument on the pending motion to dismiss the amended complaint on November 27, 2018, at 11:30 a.m., followed by a hearing on plaintiff's request for a preliminary injunction.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 8, 2018
      Utica, New York.