UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CAMBRIDGE VALLEY MACHINING, INC.,

                Plaintiff,

  -v-                                              1:18-CV-1022
                                                     (DNH/CFH)

HUDSON MFG LLC; BILLIE HUDSON III; and
LAUREN HUDSON,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

BOIES, SCHILLER & FLEXNER LLP       ADAM R. SHAW, ESQ.
Attorneys for Plaintiff                        JOHN F. DEW, ESQ.
30 South Pearl Street, 11th Floor
Albany, NY 12207

SMITH, SOVIK, KENDRICK & SUGNET, P.C.  KAREN G. FELTER, ESQ.
Attorneys for Defendants
250 South Clinton Street, Suite 600
Syracuse, NY 13202


DAVID N. HURD
United States District Judge

## **ORDER**

      Plaintiff Cambridge Valley Machining Inc. brought suit against defendants Hudson MFG LLC, Billie Hudson III, and Lauren Hudson alleging breach of contract and other claims under the Uniform Commercial Code. Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on November 26, 2018, in Utica, New York, it is hereby

ORDERED that

1. Defendants' motion to dismiss, for improper venue, or to change venue is DENIED; and

2. Defendants are directed to answer the Amended Complaint on or before December 17, 2018.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 26, 2018
      Utica, New York.