UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMBRIDGE VALLEY MACHINING, INC.<br><br>Plaintiff,<br><br>-against-<br><br>HUDSON MFG LLC, HUDSON STANDARD LLC, BILLIE HUDSON III, AND LAUREN HUDSON<br><br>Defendants. | Civil Action No. 18-cv-1022-CFH |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of James D. Moore, the exhibits thereto, together with the Statement of Material Facts, the accompanying Memorandum of Law, and upon all the pleadings and proceedings herein, Plaintiff Cambridge Valley Machining, Inc. will move on February 27, 2020 pursuant to Federal Rule of Civil Procedure 56(a) for an order granting summary judgment.

Dated: January 28, 2020

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Adam R. Shaw*
Adam R. Shaw (Bar No. 502142)
John F. Dew (Bar No. 603035)
30 S. Pearl St., 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
E-mail:  ashaw@bsfllp.com
         jdew@bsfllp.com

*Attorneys for Plaintiff Cambridge Valley Machining, Inc.*

## **CERTIFICATE OF SERVICE**

  I, Adam R. Shaw, hereby certify that on January 28, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF System.  I further certify that the above document was served on all parties by the Court's CM/ECF system.

                */s/ Adam R. Shaw*
                Adam R. Shaw