# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMBRIDGE VALLEY MACHINING, INC.<br><br>    Plaintiff,<br><br>-against-<br><br>HUDSON MFG LLC, HUDSON STANDARD LLC, BILLIE HUDSON III,<br>AND LAUREN HUDSON<br><br>    Defendants. | Civil Action No. 1:18-cv-1022 (DNH/CFH)<br><br>**Notice of Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56** |

Please take notice that upon the accompanying Declarations of Billie Hudson III and Lauren Hudson, together with the Statement of Material Facts, the accompanying Memorandum of Law, and upon all the pleadings and proceedings herein, Defendants Hudson MFG LLC, Hudson Standard LLC, Billie Hudson III and Lauren Hudson will move on February 27, 2020 pursuant to Federal Rule of Civil Procedure 56(a) for an order granting summary judgment.

Dated: January 28, 2020

Respectfully submitted,

RESSLER + WYNNE RESSLER, PC

By: */s/ Jack Reid*
Jack Reid
jack@rwrlegal.com
620 Congress Avenue, Suite 320
Austin, Texas 78701
(512) 320-0601 Office
(512) 320-0695 Facsimile

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

      On January 28, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                          RESSLER + WYNNE RESSLER, PC

                                          By: _/s/ Jack Reid /s/_
                                                Jack Reid

                                          ATTORNEYS FOR DEFENDANTS